In the Matter of YVONNE STEWARD, Appellant, v CARMELL V. LUCAS, Respondent. [951 NYS2d 425]—Appeal from an order of the Family Court, Erie County (Kevin M. Carter, J.), entered December 30, 2010 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs as moot (*see Matter of Kelly F. v Gregory A.F.*, 34 AD3d 1277 [2006]). Present—Scudder, P.J., Smith, Centra, Lindley and Martoche, JJ.